■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CHARLES E. ROE, JR., Appellant. [632 NYS2d 1006] —Judgment unanimously affirmed. Counsel's application to withdraw granted *(see, People v Crawford,* 71 AD2d 38). (Appeal from Judgment of Ontario County Court, Henry, Jr., J.—Criminal Possession Forged Instrument, 2nd Degree.) Present—Denman, P. J., Lawton, Doerr, Balio and Boehm, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v GERLANDO PETER TRISCARI, Appellant. [632 NYS2d 46] —Judgment unanimously affirmed. Memorandum: The record does not support the argument of defendant that his plea of guilty was coerced by the need to seek medical treatment. When defendant indicated that he felt forced into taking a plea by his need for medical treatment, Supreme Court discontinued the proceedings and stated that it would not accept a plea on that basis. Defendant was allowed to confer with his attorney, and only then admitted to the factual allegations underlying the charges. The record supports the conclusion that the plea was knowing, intelligent and voluntary *(see, People v Creech,* 183 AD2d 1079, 1080; *People v Rodriguez,* 182 AD2d 497, *lv denied* 79 NY2d 1053; *cf., People v Greeman,* 194 AD2d 397, 398, *lv denied* 82 NY2d 719). (Appeal from Judgment of Supreme Court, Monroe County, Doyle, J.—Attempted Robbery, 2nd Degree.) Present—Denman, P. J. Lawton, Doerr, Balio and Boehm, JJ.